UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC DA'BOUR DAWSON,<br><br>             Plaintiff,<br><br>     vs.<br><br>CDCR, et al.,<br><br>             Defendants. | 1:15-cv-01867-DAD-GSA-PC<br><br>ORDER FOR DEFENDANTS TO ANSWER THE COMPLAINT WITHIN THIRTY DAYS |

Isaac Da'Bour Dawson ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds with the initial Complaint filed on December 14, 2015, on Plaintiff's Fourth Amendment claim against Defendants Johnson, Guzman, Gonzales and Sheldon, and First Amendment retaliation claim against Defendants Guzman, Gonzales and Marsh.  (ECF No. 1.)

On June 16, 2016, the Court granted Defendants an extension of time to respond to the Complaint, until after a ruling on Defendants' motion to revoke Plaintiff's in forma pauperis status.  (ECF No. 17.)  On November 8, 2016, the Court issued an order denying the motion to revoke Plaintiff's in forma pauperis status.  (ECF No. 24.)  Therefore, Defendants shall now file an Answer or other responsive pleading to the Complaint.

Accordingly, IT IS HEREBY ORDERED that Defendants Johnson, Guzman, Gonzales, Sheldon, and Marsh shall file an Answer or other responsive pleading to Plaintiff's Complaint, within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 12, 2016**                          **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE