# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC DA'BOUR DAWSON,<br><br>        Plaintiff,<br><br>   vs.<br><br>CDCR, et al.,<br><br>        Defendants. | 1:15-cv-01867-DAD-GSA-PC<br><br>ORDER FOR PLAINTIFF TO SUBMIT NOTICE OF HIS CURRENT MAILING ADDRESS WITHIN TWENTY DAYS<br><br>ORDER FOR CLERK TO SEND A CHANGE OF ADDRESS FORM TO PLAINTIFF AT CALIFORNIA STATE PRISON-SACRAMENTO IN REPRESA, CALIFORNIA |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's initial Complaint filed on December 14, 2015, on Plaintiff's Fourth Amendment claim against Defendants Johnson, Guzman, Gonzales, and Sheldon, and First Amendment retaliation claim against Defendants Guzman, Gonzales, and Marsh. (ECF No. 1.)

      The court has received notice that Plaintiff is presently incarcerated at California State Prison-Sacramento (SAC) in Represa, California. However, Plaintiff has not filed a notice of change of address to update his address of record at the court. The Clerk of Court shall be directed to send Plaintiff a change-of-address form at SAC. Plaintiff is required to complete the form and return it to the court within twenty days, notifying the court of his current mailing address.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall mail Plaintiff a change-of-address form at the following address:

    **Issac Da'bour Dawson, CDCR #AL-5674**
    **California State Prison-Sacramento**
    **P.O. Box 290066**
    **Represa, CA 95671**

2. Within twenty days of the date of service of this order, Plaintiff is required to complete the change-of-address form and submit it to the court for filing; and

3. Plaintiff's failure to comply with this order may result in the dismissal of this case.

IT IS SO ORDERED.

Dated: **June 13, 2017**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE