# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC DA'BOUR DAWSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CDCR, et al.,<br><br>    Defendants. | 1:15-cv-01867-DAD-GSA-PC<br><br>ORDER STRIKING PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR LACK OF SIGNATURE<br>(ECF No. 39.)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT A NEW OPPOSITION BEARING HIS SIGNATURE WITHIN FOURTEEN DAYS<br><br>FOURTEEN-DAY DEADLINE |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.

   On July 20, 2017, Plaintiff filed an opposition to Defendants' motion to dismiss. (ECF No. 39.) The document is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

   Accordingly, IT IS HEREBY ORDERED that:

   1.   Plaintiff's opposition to Defendants' motion to dismiss, filed on July 20, 2017, is STRICKEN from the record for lack of signature;

   2.   Within fourteen days of the date of service of this order, Plaintiff is required to file a new opposition to Defendants' motion to dismiss, bearing his signature; and

3. Plaintiff's failure to comply with this order may result in the dismissal of this case.

IT IS SO ORDERED.

   Dated: **July 24, 2017**                   **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE