UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC DA'BOUR DAWSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CDCR, et al.,<br><br>　　　　Defendants. | 1:15-cv-01867-DAD-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST**<br>**(ECF No. 57.)** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On September 17, 2017, Plaintiff filed a request for the court to provide him with items he needs to litigate his case, including legal pads, stamps and envelopes, black and blue pens, legal folders, and a list of pro bono attorneys. (ECF No. 57.) The court does not provide litigants with free stationery supplies nor lists of pro bono attorneys. The fact that the court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free supplies from the Court. Therefore, Plaintiff's request shall be denied.

　　　　Accordingly, Plaintiff's request for the court to provide him with free stationery supplies and a list of pro bono attorneys, filed on September 18, 2017, is DENIED.

IT IS SO ORDERED.

　　Dated: __**September 21, 2017**__　　　　　　__**/s/ Gary S. Austin**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE