# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC DA'BOUR DAWSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>CDCR, et al.,<br><br>        Defendants. | 1:15-cv-01867-DAD-GSA-PC<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATION ENTERED ON AUGUST 18, 2017**<br>**(ECF No. 50.)** |

Isaac Da'bour Dawson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

On August 18, 2017, the court entered findings and a recommendation to dismiss this case for Plaintiff's failure to comply with court orders requiring him to file a response to the motion to dismiss filed by defendants Johnson, Guzman, Gonzales, and Marsh. (ECF No. 50.) On September 18, 2017, Plaintiff filed a response to the motion to dismiss. (ECF No. 58.)

In light of the fact that Plaintiff has filed a response to the motion to dismiss, the court finds good cause to vacate the findings and recommendation. Accordingly, IT IS HEREBY ORDERED that the findings and recommendation entered on August 18, 2017, are VACATED.

IT IS SO ORDERED.

    Dated:   **September 21, 2017**            **/s/ Gary S. Austin**
                                                                            UNITED STATES MAGISTRATE JUDGE