UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC DA'BOUR DAWSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 1:15-cv-01867-DAD-GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 67) |

Plaintiff Isaac Da'bour Dawson is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On December 7, 2017, in light of the recent decision in *Williams v. King*, 875 F.3d 500, 504 (9th Cir. 2017), the assigned magistrate judge issued findings and recommendations, recommending that claims be dismissed consistent with the magistrate judge's prior screening order of March 23, 2016. (Doc. Nos. 9, 67.) On December 22, 2017, plaintiff filed objections to the findings and recommendations. (Doc. No. 70.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the undersigned concludes the findings and

1

recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on December 7, 2017 (Doc. No. 67) are adopted in full;
2. Consistent with the magistrate judge's screening order issued on March 23, 2016, defendants Beard, Davey, Jennings, Whitford, Arnett, Noland, and Flores are dismissed from this action based on plaintiff's failure to state any claims against them;  and
3. This case is referred back to the currently assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **January 8, 2018**

UNITED STATES DISTRICT JUDGE