UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC DA'BOUR DAWSON,<br><br>        Plaintiff,<br><br>    v.<br><br>BEARD, et al.,<br><br>        Defendants. | 1:15-cv-01867-DAD-GSA-PC<br><br>**SUPPLEMENTAL FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT PLAINTIFF'S FIRST MOTION FOR SUMMARY JUDGMENT (ECF No. 64) BE DEEMED SUPERCEDED BY PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT (ECF No. 84), RENDERING THE FIRST MOTION FOR SUMMARY JUDGMENT MOOT**<br><br>**OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN (14) DAYS** |

**I.    BACKGROUND AND SUPPLEMENTAL FINDINGS**

On June 8, 2018, findings and recommendations were entered by the undersigned, recommending that Plaintiff's motion for summary judgment, filed on November 6, 2017, be stricken from the record as deficient, with leave to file a new motion for summary judgment no later than August 30, 2018. (ECF No. 82.) The parties were granted fourteen days in which to file objections to the findings and recommendations. The fourteen-day time period for objections expired, and no objections were filed. The findings and recommendations are pending.

On July 23, 2018, Plaintiff filed a second motion for summary judgment. (ECF No. 84.) In light of the fact that no objections were filed by any party to the court's recommendation to strike Plaintiff's first motion for summary judgment, and the fact that Plaintiff has now filed a second motion for summary judgment, the court shall recommend that Plaintiff's first motion for summary judgment be deemed superceded by Plaintiff's second motion for summary judgment, rendering Plaintiff's first motion for summary judgment moot.

## II. CONCLUSION AND RECOMMENDATIONS

Based on the foregoing, **IT IS HEREBY RECOMMENDED** that Plaintiff's first motion for summary judgment, filed on November 6, 2017, be deemed superceded by Plaintiff's second motion for summary judgment, filed on July 23, 2018, rendering Plaintiff's first motion for summary judgment moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days of the date of service of these findings and recommendations, any party may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within seven (7) days after service of the objections. The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **October 17, 2018**           **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE