# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC DA'BOUR DAWSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>CDCR, et al.,<br><br>        Defendants. | 1:15-cv-01867-DAD-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION AS MOOT**<br>**(ECF No. 101.)** |

Plaintiff is a state prisoner proceeding *pro se* and *in forma* pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.

On April 17, 2019, Plaintiff filed a motion requesting a date for trial and compelling defendants to produce discovery documents. (ECF No. 101.) Plaintiff's motion is moot because on April 9, 2019, judgment was entered in favor of defendants and this case was closed. (ECF No 99.)

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion filed on April 17, 2019, is DENIED as moot.

IT IS SO ORDERED.

    Dated: __**April 22, 2019**__               __**/s/ Gary S. Austin**__
                                                                UNITED STATES MAGISTRATE JUDGE